Jason R. Thornton, State Bar No. 185637
Patrick W. McManus, State Bar No. 312290
FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive, Suite 700
San Diego, CA 92121-3107
Telephone:  (858) 737-3100
Facsimile:   (858) 737-3101
Email:        jthornton@ftblaw.com
              pmcmanus@ftwblaw.com

Richard J. Finn, State Bar No. 099659
David S. Wilgus, State Bar No. 219181
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:  (510) 444-6800
Facsimile:   (510) 835-6666
Email:        rfinn@burnhambrown.com
              dwilgus@burnhambrown.com

Attorneys for Defendant, Counterclaimant and Cross-Defendant
HALBERT CONSTRUCTION COMPANY, INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefits of McCULLOUGH PLUMBING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HALBERT CONSTRUCTION COMPANY, INC., a California corporation; WESTERN SURETY COMPANY, a South Dakota corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00803-CAB-WVG<br><br>Assigned to:<br>Hon. Cathy Ann Bencivengo, Courtroom 4C<br>Hon. William V. Gallo, Second Floor<br><br>**DECLARATION OF RICHARD J. FINN IN SUPPORT OF DEFENDANT, COUNTERCLAIMANT, AND CROSS-DEFENDANT HALBERT CONSTRUCTION COMPANY, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JOHN OMAHEN**<br><br>**Complaint Filed:** April 20, 2017<br>**Trial Date:**        May 20, 2019 |
| AND RELATED CROSS-ACTION | |

I, Richard J. Finn, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and a partner with the law firm of Burnham Brown, attorneys of record for Defendant, Counterclaimant, and Cross-Defendant HALBERT CONSTRUCTION COMPANY, INC. in the above-entitled action.

2. The matters set forth in this declaration are known to me personally unless stated upon information and belief, and if called as a witness herein, I could, and would, competently testify thereto.

3. Attached as **Exhibit A** are true and correct copies of Reports of John Omahen.

4. Attached as **Exhibit B** are true and correct copies of pertinent pages of the deposition transcript of John C. Omahen dated March 27, 2019.

5. Attached as **Exhibit C** is a true and correct copy of the Declaration of Steven Norris.

6. Attached as **Exhibit D** are true and correct copies of pertinent pages of the deposition transcript of Michael Muse dated October 4, 2018.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of May, 2019 in Oakland, California.

*/s/ Richard J. Finn*
RICHARD J. FINN

4812-8276-6486, v. 1