Sean D. Schwerdtfeger, Esq. (SBN 179521)
Catherine L. Coughlin, Esq. (SBN 295812)
Sara K. Richards, Esq. (SBN 317603)
SCHWERDTFEGER LAW GROUP
501 West Broadway, Suite 2040
San Diego, CA  92101
Telephone: (619) 595-3403
Facsimile: (619) 595-3404

Attorneys for Cross-Defendant CTE CAL, INC.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use and Benefit of: <br><br> McCULLOUGH PLUMBING, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> HALBERT CONSTRUCTION COMPANY, INC. a California corporation; WESTERN SURETY COMPANY, a South Dakota corporation; and DOES 1-100, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | CASE NO. 3:17-CV-00803-CAB-WVG <br><br> **CTE CAL, INC.'S NOTICE OF LODGMENT IN OPPOSITION TO HALBERT CONSTRUCTION COMPANY'S MOTIONS TO EXCLUDE EXPERT OPINIONS, TESTIMONY, AND REPORTS OF ROD BALLARD, DOUG BARNHART, AND PETE ALBERS; DECLARATION OF SEAN D. SCHWERDTFEGER THEREON** <br><br> Assigned to: <br> Hon. Cathy Ann Bencivengo, Courtroom 4-C <br> Hon. William V. Gallo, Second Floor <br><br> Date: June 21, 2019 <br> Time: 2:00 PM <br> Complaint filed: April 20, 2017 <br> Trial date: July 8, 2019 |

I, Sean D. Schwerdtfeger, declare:

      1.     I am an attorney duly licensed to practice law before all courts of the State of California. I am a principal with the law firm Schwerdtfeger Law Group, APC, attorneys of record retained by Cross-Defendant CTE Cal, Inc. ("CTE") to provide legal services in connection with the above-captioned matter. I therefore have personal

knowledge of the following, and if called upon and sworn as a witness, I could and would testify competently thereto.

2.    Lodged herewith as **Exhibit "A"** is a true and correct copy of emails from Kenny Steidl and Patrick English regarding damaged plumbing.

3.    Lodged herewith as **Exhibit "B"** is a true and correct copy of Halbert Construction Company's Daily Contractor Production Reports for the dates of December 7, 2015 through December 10, 2015.

4.    Lodged herewith as **Exhibit "C"** is a true and correct copy of excerpts from the deposition of Fred Santistevan.

5.    Lodged herewith as **Exhibit "D"** are true and correct copies of photographs depicting a portion of the construction at issue in this litigation.

6.    Lodged herewith as **Exhibit "E"** is a true and correct copy of the Periodic Schedule Update Narrative Report dated January 29, 2016.

7.    Lodged herewith as **Exhibit "F"** is a true and correct copy of the Quality Control Specifications.

8.    Lodged herewith as **Exhibit "G"** are true and correct copies of photographs depicting the flooded portion of the construction.

9.    Lodged herewith as **Exhibit "H"** is a true and correct copy of equipment specifications for the telehandler and scissor lift.

10.    Lodged herewith as **Exhibit "I"** is a true and correct copy of the Earthwork Specifications.

11.    Lodged herewith as **Exhibit "J"** is a true and correct copy of a photograph depicting the type of tamper used on the Project.

12.    Lodged herewith as **Exhibit "K"** is a true and correct copy of a photograph depicting the storm water on the building site.

13.    Lodged herewith as **Exhibit "L"** is a true and correct copy of a demonstrative exhibit marked at the deposition of Rodney Ballard.

14.    Lodged herewith as **Exhibit "M"** is a true and correct copy of an excerpt

**NOTICE OF LODGMENT; DECLARATION OF SEAN D. SCHWERDTFEGER**

from the deposition of Steven Norris.

15.     Lodged herewith as **Exhibit "N"** is a true and correct copy of the resume of Douglas Barnhart.

16.     Lodged herewith as **Exhibit "O"** is a true and correct copy of the Quality Control Plan dated September 14, 2016.

17.     Lodged herewith as **Exhibit "P"** is a true and correct copy of the expert report of Douglas Barnhart.

18.     Lodged herewith as **Exhibit "Q"** is a true and correct copy of the deposition of Douglas Barnhart.

19.     Lodged herewith as **Exhibit "R"** is a true and correct copy of excerpts from the deposition of Raymond Gonzales.

20.     Lodged herewith as **Exhibit "S"** is a true and correct copy of excerpts from the deposition of William Ivey.

21.     Lodged herewith as **Exhibit "T"** is a true and correct copy of the deposition of Pete Albers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of May, 2019 in the City of San Diego, State of California.


                                    /S/ Sean D. Schwerdtfeger
                                    Sean D. Schwerdtfeger

CERTIFICATE OF SERVICE

CASE NAME:     *United States of America for the Use and Benefit of McCullough Plumbing, Inc. v. Halbert Construction Company, et al.*
CASE NO:       3:17-cv-00803-CAB-WVG
District Judge:     Hon. Cathy Ann Bencivengo     Ctrm: 4C, Suite 4165
U.S. Magistrate Judge:     Hon. William V. Gallo     Ctrm: Suite 2125, 2nd Fl.

I, the undersigned, declare that I am over the age of 18 and not a party to this action. My business address is located at 501 W Broadway, Suite 2040, San Diego, CA 92101.

I declare that on May 17, 2019, I served the following document - **CTE CAL, INC.'S NOTICE OF LODGMENT IN OPPOSITION TO HALBERT CONSTRUCTION COMPANY'S MOTIONS TO EXCLUDE EXPERT OPINIONS, TESTIMONY, AND REPORTS OF ROD BALLARD, DOUG BARNHART, AND PETE ALBERS; DECLARATION OF SEAN D. SCHWERDTFEGER THEREON** via the court's CM/ECF system:

| | |
|---|---|
| Kevin T. Cauley<br>SCHWARZT SEMERDJIAN CAULEY & MOOT, LLP<br>101 West Broadway, Suite 810<br>San Diego, CA 92101<br>Tel:   (619) 236-8827<br>Fax:   (619) 236-8827<br>Email: Kevin@sscmlegal.com<br>kristenb@sscmlegal.com<br>daphne@sscmlegal.com<br>***Attorneys for Plaintiff/Counter Defendant  UNITED STATES OF AMERICA for the Use and Benefit of McCULLOUGH PLUMBING, INC., and Third Party Defendant THE GUARANTEE COMPANY OF NORTH AMERICA USA*** | Jason R. Thornton<br>MARKS FINCH THORNTON & BAIRD, LLP<br>4747 Executive Drive, Suite 700<br>San Diego, CA 92121-3107<br>Tel:   (858) 737-3101<br>Fax:   (858) 737-3101<br>Email: jthornton@ftblaw.com<br>pmcmanus@ftblaw.com<br>aabbey@ftblaw.com<br>***Attorneys for Defendant/Counter Claimant/Third Party Defendant HALBERT CONSTRUCTION COMPANY, INC., and Defendant WESTERN SURETY COMPANY*** |
| Charles A. Alfonzo | |

1
2
3
4
5
6
7

| BURNHAM BROWN 1901 Harrison Street, 14th Floor Oakland, CA 94612 Tel: (510) 444-6800 Fax: (510) 835-6666 Email: calfonzo@burnhambrown.com ***Attorneys for Defendant/Counter Claimant/Cross-Defendant HALBERT CONSTRUCTION COMPANY, INC.*** | |
|---|---|

8

9   Dated: May 17, 2019                    Respectfully Submitted,

10                                          By:    /s/ *Sean D. Schwerdtfeger*

11                                                 Sean D. Schwerdtfeger

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF LODGMENT; DECLARATION OF SEAN D. SCHWERDTFEGER**