FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)                    1744

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 45 00

QUALITY CONTROL

PART 1   GENERAL

  1.1   REFERENCES
  1.2   PAYMENT

PART 2   PRODUCTS


PART 3   EXECUTION

  3.1   GENERAL REQUIREMENTS
  3.2   QUALITY CONTROL PLAN
    3.2.1   Content of the CQC Plan
    3.2.2   Additional Requirements for Design Quality Control (DQC) Plan
    3.2.3   Acceptance of Plan
    3.2.4   Notification of Changes
  3.3   COORDINATION MEETING
  3.4   QUALITY CONTROL ORGANIZATION
    3.4.1   Personnel Requirements
    3.4.2   CQC System Manager
    3.4.3   CQC Personnel
    3.4.4   Additional Requirement
    3.4.5   Organizational Changes
  3.5   SUBMITTALS AND DELIVERABLES
  3.6   CONTROL
    3.6.1   Preparatory Phase
    3.6.2   Initial Phase
    3.6.3   Follow-up Phase
    3.6.4   Additional Preparatory and Initial Phases
  3.7   TESTS
    3.7.1   Testing Procedure
    3.7.2   Testing Laboratories
      3.7.2.1   Capability Check
      3.7.2.2   Quality Assurance Check
    3.7.3   Onsite Laboratory
    3.7.4   Furnishing or Transportation of Samples for Testing
  3.8   COMPLETION INSPECTION
    3.8.1   Punch-Out Inspection
    3.8.2   Pre-Final Inspection
    3.8.3   Final Acceptance Inspection
  3.9   DOCUMENTATION
  3.10    IMPLEMENTATION OF GOVERNMENT RESIDENT MANAGEMENT SYSTEM
  3.11    SAMPLE FORMS
  3.12    NOTIFICATION OF NONCOMPLIANCE
  3.13    CONSTRUCTION CONTROL MANUAL

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)            1744

ATTACHMENTS:

Test Report Form

Daily Contractor Quality Control Form

Preparatory Inspection Report Form

CESPK FORM 437 - Materials Test Summary

-- End of Section Table of Contents --

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)           1744


SECTION 01 45 00

QUALITY CONTROL


PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the extent referenced.  The publications are referred to in the text by basic designation only.

      ASTM INTERNATIONAL (ASTM)

ASTM C1077                    (2011c) Standard Practice for Laboratories
                              Testing Concrete and Concrete Aggregates
                              for Use in Construction and Criteria for
                              Laboratory Evaluation

ASTM D3666                    (2011) Standard Specification for Minimum
                              Requirements for Agencies Testing and
                              Inspecting Road and Paving Materials

ASTM D3740                    (2012a) Minimum Requirements for Agencies
                              Engaged in the Testing and/or Inspection
                              of Soil and Rock as Used in Engineering
                              Design and Construction

ASTM E329                     (2011c) Standard Specification for
                              Agencies Engaged in the Testing and/or
                              Inspection of Materials Used in
                              Construction

      U.S. ARMY CORPS OF ENGINEERS, SOUTH PACIFIC DIVISION (CESPD)

CESPD R 1110-1-8              (2002) Quality Management Plan

      INTERNATIONAL CODE COUNCIL (ICC)

ICC IBC                       (2009; Errata First Printing)
                              International Building Code

      U.S. ARMY CORPS OF ENGINEERS (USACE)

ER 1110-1-12                  (2006; Change 1) Engineering and Design --
                              Quality Management

      U.S. ARMY CORPS OF ENGINEERS, SACRAMENTO DISTRICT (CESPK)

CESPK PAM 415-1-2             (1989) Construction Control Manual

CESPK FORM 437                (1988) Materials Test Summary

1.2   PAYMENT

Separate payment will not be made for providing and maintaining an

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)                1744

   effective Quality Control program, and all costs associated therewith shall
   be included in the applicable unit prices or lump-sum prices contained in
   the Bidding Schedule.

PART 2   PRODUCTS

   Not used.

PART 3   EXECUTION

3.1    GENERAL REQUIREMENTS

   Establish and maintain an effective quality control (QC) system in
   compliance with the Contract Clause titled "Inspection of Construction."
   QC consist of plans, procedures, and organization necessary to produce an
   end product which complies with the contract requirements.  Cover all
   construction operations, both onsite and offsite, and be keyed to the
   proposed construction sequence.  The project superintendent will be held
   responsible for the quality of work and is subject to removal by the
   Contracting Officer for non-compliance with the quality requirements
   specified in the contract.  In this context the highest level manager
   responsible for the overall construction activities at the site, including
   quality and production is the project superintendent.  The project
   superintendent must maintain a physical presence at the site at all times
   and is responsible for all construction and related activities at the site,
   except as otherwise acceptable to the Contracting Officer.

3.2    QUALITY CONTROL PLAN

   Submit no later than 15 days after receipt of notice to proceed, the
   Contractor Quality Control (CQC) Plan proposed to implement the
   requirements of the Contract Clause titled "Inspection of Construction."
   The Government will consider an interim plan for the first 60 days of
   operation.  Construction will be permitted to begin only after acceptance
   of the CQC Plan or acceptance of an interim plan applicable to the
   particular feature of work to be started.  Work outside of the accepted
   interim plan will not be permitted to begin until acceptance of a CQC Plan
   or another interim plan containing the additional work.

3.2.1    Content of the CQC Plan

   Include, as a minimum, the following to cover all construction operations,
   both onsite and offsite, including work by subcontractors, fabricators,
   suppliers, and purchasing agents:

   a.   A description of the quality control organization, including a chart
        showing lines of authority and acknowledgment that the CQC staff will
        implement the three phase control system for all aspects of the work
        specified.  Include a CQC System Manager who reports to the project
        superintendent.

   b.   The name, qualifications (in resume format), duties, responsibilities,
        and authorities of each person assigned a CQC function.

   c.   A copy of the letter to the CQC System Manager signed by an authorized
        official of the firm which describes the responsibilities and delegates
        sufficient authorities to adequately perform the functions of the CQC
        System Manager, including authority to stop work which is not in
        compliance with the contract.  Letters of direction to all other

                              01 45 00 - 4

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)                1744

   various quality control representatives outlining duties, authorities, and responsibilities will be issued by the CQC System Manager.  Copies of these letters must be furnished to the Government.

d. Procedures for scheduling, reviewing, certifying, and managing submittals, including those of subcontractors, offsite fabricators, suppliers, and purchasing agents.  These procedures must be in accordance with Section 01 33 00 SUBMITTAL PROCEDURES.

e. Control, verification, and acceptance testing procedures for each specific test to include the test name, specification paragraph requiring test, feature of work to be tested, test frequency, and person responsible for each test.  (Laboratory facilities approved by the Contracting Officer must be used.)

f. Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation.

g. Procedures for tracking construction deficiencies from identification through acceptable corrective action.  Establish verification procedures that identified deficiencies have been corrected.

h. Reporting procedures, including proposed reporting formats.

i. A list of the definable features of work.  A definable feature of work is a task which is separate and distinct from other tasks, has separate control requirements, and may be identified by different trades or disciplines, or it may be work by the same trade in a different environment.  Although each section of the specifications may generally be considered as a definable feature of work, there are frequently more than one definable features under a particular section.  This list will be agreed upon during the coordination meeting.

j. Any special inspection requirements as required in accordance with ICC IBC

3.2.2   Additional Requirements for Design Quality Control (DQC) Plan

The following additional requirements apply to the Design Quality Control (DQC) plan:

a. Provide and maintain a Design Quality Control (DQC) Plan as an effective quality control program which will assure that all services required by this design-build contract are performed and provided in a manner that meets professional architectural and engineering quality standards.  Prepare the DQCP in accordance with CESPD R 1110-1-8, Appendix D http://www.spd.usace.army.mil/qmp.pdf.  As a minimum, all documents must be technically reviewed by competent, independent reviewers identified in the DQC Plan.  The same element that produced the product shall not perform the independent technical review (ITR).  Correct errors and deficiencies in the design documents prior to submitting them to the Government.

b. Include the design schedule in the master project schedule, showing the sequence of events involved in carrying out the project design tasks within the specific contract period.  This should be at a detailed level of scheduling sufficient to identify all major design tasks, including those that control the flow of work.  Include review and

    correction periods associated with each item.  This should be a forward planning as well as a project monitoring tool.  The schedule reflects calendar days and not dates for each activity.  If the schedule is changed, submit a revised schedule reflecting the change within 7 calendar days.  Include in the DQC Plan the discipline-specific checklists to be used during the design and quality control of each submittal. Submit at each design phase as part of the project documentation these completed checklists.  ER 1110-1-12 provided some useful information in developing checklists.

  c.  Implement the DQC Plan by an Design Quality Control Manager who has the responsibility of being cognizant of and assuring that all documents on the project have been coordinated.  This individual must be a person who has verifiable engineering or architectural design experience and is a registered professional engineer or architect.  Notify the Contracting Officer, in writing, of the name of the individual, and the name of an alternate person assigned to the position.

The Contracting Officer will notify the Contractor in writing of the acceptance of the DQC Plan.  After acceptance, any changes proposed by the Contractor are subject to the acceptance of the Contracting Officer.

3.2.3   Acceptance of Plan

Acceptance of the Contractor's plan is required prior to the start of construction.  Acceptance is conditional and will be predicated on satisfactory performance during the construction.  The Government reserves the right to require the Contractor to make changes in his CQC Plan and operations including removal of personnel, as necessary, to obtain the quality specified.

3.2.4   Notification of Changes

After acceptance of the CQC Plan,  notify the Contracting Officer in writing of any proposed change.  Proposed changes are subject to acceptance by the Contracting Officer.

3.3   COORDINATION MEETING

After the Preconstruction Conference, before start of construction, and prior to acceptance by the Government of the CQC Plan, meet with the Contracting Officer or Authorized Representative and discuss the Contractor's quality control system.  Submit the CQC Plan a minimum of 14 calendar days prior to the Coordination Meeting.  During the meeting, a mutual understanding of the system details must be developed, including the forms for recording the CQC operations, control activities, testing, administration of the system for both onsite and offsite work, and the interrelationship of Contractor's Management and control with the Government's Quality Assurance.  Minutes of the meeting will be prepared by the Government, signed by both the Contractor and the Contracting Officer and will become a part of the contract file.  There may be occasions when subsequent conferences will be called by either party to reconfirm mutual understandings and/or address deficiencies in the CQC system or procedures which may require corrective action by the Contractor.

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)           1744

3.4   QUALITY CONTROL ORGANIZATION

3.4.1   Personnel Requirements

The requirements for the CQC organization are a CQC System Manager and sufficient number of additional qualified personnel to ensure safety and contract compliance.  The Safety and Health Manager must receive direction and authority from the CQC System Manager and serve as a member of the CQC staff.  Personnel identified in the technical provisions as requiring specialized skills to assure the required work is being performed properly will also be included as part of the CQC organization.  The Contractor's CQC staff must maintain a presence at the site at all times during progress of the work and have complete authority and responsibility to take any action necessary to ensure contract compliance.  The CQC staff  will be subject to acceptance by the Contracting Officer.  Provide adequate office space, filing systems and other resources as necessary to maintain an effective and fully functional CQC organization.  Promptly complete and furnish all letters, material submittals, shop drawing submittals, schedules and all other project documentation to the CQC organization.  The CQC organization shall be responsible to maintain these documents and records at the site at all times, except as otherwise acceptable to the Contracting Officer.

3.4.2   CQC System Manager

The Contractor shall identify as CQC System Manager an individual within his organization at the site of the work who shall be responsible for overall management of CQC and have the authority to act in all CQC matters for the Contractor.  The CQC System Manager shall be a construction person with a minimum of 5 years in related work.  This CQC System Manager shall be on the site at all times during construction and will be employed by the prime Contractor.  The CQC System Manager shall be assigned no other duties. An alternate for the CQC System Manager will be identified in the plan to serve in the event of the System Manager's absence.  The requirements for the alternate will be the same as for the designated CQC System Manager.

3.4.3   CQC Personnel

In addition to CQC personnel specified elsewhere in the contract, the Contractor shall provide as part of the CQC organization specialized personnel to assist the CQC System Manager for the following areas: electrical, mechanical, civil, structural, environmental, architectural, materials technician, fire protection, .  These individuals shall be directly employed by the prime Contractor and may not be employed by a supplier or sub-contractor on this project ; be responsible to the CQC System Manager; be physically present at the construction site during work on their areas of responsibility; have the necessary education and/or experience in accordance with the experience matrix listed herein.  These individuals may perform other duties but must be allowed sufficient time to perform their assigned quality control duties as described in the Quality Control Plan.

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)     1744

| Experience Matrix | |
|---|---|
| Area | Qualifications |
| Civil | Graduate Civil Engineer with 2 years experience in the type of work being performed on this project or technician with 5 yrs related experience. |
| Mechanical | Graduate Mechanical Engineer with 2 yrs experience or person with 5 yrs related experience. |
| Electrical | Graduate Electrical Engineer with 2 yrs related experience or person with 5 yrs related experience. |
| Structural | Graduate Structural Engineer with 2 yrs experience or person with 5 yrs related experience. |
| Architectural | Graduate Architect with 2 yrs experience or person with 5 yrs related experience. |
| Environmental | Graduate Environmental Engineer with 3 yrs experience. |
| Fire Protection | Registered Fire Protection Engineer or NCIT Level 4 Certified in Fire Protection. |
| Concrete, Pavements and Soils | Materials Technician with 2 yrs experience for the appropriate area. |
| | |

3.4.4   Additional Requirement

In addition to the above experience and/or education requirements the CQC System Manager shall have completed the course entitled "Construction Quality Management For Contractors".  This course is periodically offered by the Sacramento District, contact the Contracting Officer for more information.

3.4.5   Organizational Changes

Maintain the CQC staff at full strength at all times.  When it is necessary to make changes to the CQC staff, revise the CQC Plan to reflect the changes and submit the changes to the Contracting Officer for acceptance.

3.5     SUBMITTALS AND DELIVERABLES

Submittals, if needed, must comply with the requirements in Section 01 33 00 SUBMITTAL PROCEDURES.  The CQC organization is responsible for certifying that all submittals and deliverables are in compliance with the contract requirements.

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)           1744

3.6   CONTROL

Contractor Quality Control is the means by which the Contractor ensures that the construction, to include that of subcontractors and suppliers, complies with the requirements of the contract.  At least three phases of control shall be conducted by the CQC System Manager for each definable feature of work as follows:

3.6.1   Preparatory Phase

This phase shall be performed prior to beginning work on each definable feature of work, after all required plans/documents/materials are approved/accepted, and after copies are at the work site.  This phase shall include:

   a. A review of each paragraph of applicable specifications, reference codes, and standards.  Make available during the preparatory inspection a copy of those sections of referenced codes and standards applicable to that portion of the work to be accomplished in the field.  Maintain these copies in the field and make available for use by Government personnel until final acceptance of the work.

   b. Review of the contract drawings.

   c. Check to assure that all materials and/or equipment have been tested, submitted, and approved.

   d. Review of provisions that have been made to provide required control inspection and testing.

   e. Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the contract.

   f. Examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

   g. Review of the appropriate activity hazard analysis to assure safety requirements are met.

   h. Discussion of procedures for controlling quality of the work including repetitive deficiencies.  Document construction tolerances and workmanship standards for that feature of work.

   i. Check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

   j. Discussion of the initial control phase.

   k. The Government must be notified at least 48 hours in advance of beginning the preparatory control phase.  Include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), and the foreman responsible for the definable feature.  Document the results of the preparatory phase actions by separate minutes prepared by the CQC System Manager and attached to the daily CQC report.  Instruct applicable workers as to the acceptable level of

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)                1744

      workmanship required in order to meet contract specifications.

3.6.2   Initial Phase

This phase is accomplished at the beginning of a definable feature of work.  Accomplish the following:

a. Check work to ensure that it is in full compliance with contract requirements.  Review minutes of the preparatory meeting.

b. Verify adequacy of controls to ensure full contract compliance.  Verify required control inspection and testing.

c. Establish level of workmanship and verify that it meets minimum acceptable workmanship standards.  Compare with required sample panels as appropriate.

d. Resolve all differences.

e. Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis.  Review the activity analysis with each worker.

f. The Government must be notified at least 48 hours in advance of beginning the initial phase.  Prepare separate minutes of this phase by the CQC System Manager and attach to the daily CQC report.  Indicate the exact location of initial phase for future reference and comparison with follow-up phases.

g. The initial phase should be repeated for each new crew to work onsite, or any time acceptable specified quality standards are not being met.

3.6.3   Follow-up Phase

Perform daily checks to assure control activities, including control testing, are providing continued compliance with contract requirements, until completion of the particular feature of work.  Record the checks in the CQC documentation.  Conduct final follow-up checks and correct all deficiencies prior to the start of additional features of work which may be affected by the deficient work.  Do not build upon nor conceal non-conforming work.

3.6.4   Additional Preparatory and Initial Phases

Conduct additional preparatory and initial phases on the same definable features of work if:  the quality of on-going work is unacceptable; if there are changes in the applicable CQC staff, onsite production supervision or work crew; if work on a definable feature is resumed after a substantial period of inactivity; or if other problems develop.

3.7   TESTS

3.7.1   Testing Procedure

Perform specified or required tests to verify that control measures are adequate to provide a product which conforms to contract requirements. Upon request, furnish to the Government duplicate samples of test specimens for possible testing by the Government.  Testing includes operation and/or acceptance tests when specified.  Procure the services of a Corps of

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)            1744

   Engineers approved testing laboratory or establish an approved testing
   laboratory at the project site.  Perform the following activities and
   record and provide the following data:

   a.  Verify that testing procedures comply with contract requirements.

   b.  Verify that facilities and testing equipment are available and comply
       with testing standards.

   c.  Check test instrument calibration data against certified standards.

   d.  Verify that recording forms and test identification control number
       system, including all of the test documentation requirements, have been
       prepared.

   e.  Record results of all tests taken, both passing and failing on the CQC
       report for the date taken.  Specification paragraph reference, location
       where tests were taken, and the sequential control number identifying
       the test.  If approved by the Contracting Officer, actual test reports
       may be submitted later with a reference to the test number and date
       taken.  Provide an information copy of tests performed by an offsite or
       commercial test facility directly to the Contracting Officer.  Failure
       to submit timely test reports as stated may result in nonpayment for
       related work performed and disapproval of the test facility for this
       contract.

3.7.2   Testing Laboratories

   The listing of validated testing laboratories is available at
   http://gsl.erdc.usace.army.mil/SL/MTC/.

3.7.2.1   Capability Check

   The Government reserves the right to check laboratory equipment in the
   proposed laboratory for compliance with the standards set forth in the
   contract specifications and to check the laboratory technician's testing
   procedures and techniques.  Laboratories utilized for testing soils,
   concrete, asphalt, and steel shall meet criteria detailed in ASTM D3740,
   ASTM C1077, ASTM D3666 and ASTM E329 as applicable.

   Use an independent commercial laboratory that has been validated by
   abbreviated audit by the Corps of Engineers, Materials Testing Center
   (MTC), for the required test methods.  To receive validation by abbreviated
   audit by the MTC, the laboratory shall complete the required form and
   submit copies of its AASHTO accreditation certificate, applicable AMRL
   and/or CCRL inspection reports, and responses to any deficiencies to the
   MTC no later than 7 days after the Notice to Proceed.  The cost for the
   validation by the MTC shall be the responsibility of the Contractor.

   Any on-site laboratory that is used by the Contractor will require a
   separate validation by this MTC.  All costs associated with this validation
   will be the responsibility of the Contractor.

   Submit the above information for Government Approval as part of the
   Contractor's Quality Control Plan.  No materials testing shall be performed
   until the laboratory has been validated by the MTC and approved by the
   Resident Engineer.  Include the inspection report(s) and the written
   response(s) to any noted deficiencies with the Contractor Quality Control
   Plan and is subject to approval by the Resident Engineer.

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)           1744

3.7.2.2    Quality Assurance Check

The Government reserves the right to perform a quality assurance check of the laboratory equipment and procedures.

3.7.3    Onsite Laboratory

The Government reserves the right to utilize the Contractor's control testing laboratory and equipment to make assurance tests, and to check the Contractor's testing procedures, techniques, and test results at no additional cost to the Government.

3.7.4    Furnishing or Transportation of Samples for Testing

Costs incidental to the transportation of samples or materials will be borne by the Contractor.  Samples of materials for test verification and acceptance testing by the Government shall be delivered to the QA laboratory designated by the Contracting Officer.

Coordination for each specific test, exact delivery location, and dates will be made through the Area Office.

3.8    COMPLETION INSPECTION

3.8.1    Punch-Out Inspection

Conduct an inspection of the work by the CQC Manager near the end of the work, or any increment of the work established by a time stated in the SPECIAL CONTRACT REQUIREMENTS  Clause, "Commencement, Prosecution, and Completion of Work", or by the specifications.  Prepare and include in the CQC documentation a punch list of items which do not conform to the approved drawings and specifications, as required by paragraph DOCUMENTATION.  Include within the list of deficiencies the estimated date by which the deficiencies will be corrected.  Make a second inspection the CQC System Manager or staff to ascertain that all deficiencies have been corrected.  Once this is accomplished, notify the Government that the facility is ready for the Government Pre-Final inspection.

3.8.2    Pre-Final Inspection

The Government will perform the pre-final inspection to verify that the facility is complete and ready to be occupied.  A Government Pre-Final Punch List may be developed as a result of this inspection.  Ensure that all items on this list have been corrected before notifying the Government, so that a Final inspection with the customer can be scheduled.  Correct any items noted on the Pre-Final inspection in a timely manner.  These inspections and any deficiency corrections required by this paragraph must be accomplished within the time slated for completion of the entire work or any particular increment of the work if the project is divided into increments by separate completion dates.

3.8.3    Final Acceptance Inspection

The Contractor's Quality Control Inspection personnel, plus the superintendent or other primary management person, and the Contracting Officer's Representative must be in attendance at the final acceptance inspection.  Additional Government personnel including, but not limited to, those from Base/Post Civil Facility Engineer user groups, and major

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)                1744

commands may also be in attendance.  The final acceptance inspection will be formally scheduled by the Contracting Officer based upon results of the Pre-Final inspection.  Notify the Contracting Officer at least 14 days prior to the final acceptance inspection and include the Contractor's assurance that all specific items previously identified to the Contractor as being unacceptable, along with all remaining work performed under the contract, will be complete and acceptable by the date scheduled for the final acceptance inspection.  Failure of the Contractor to have all contract work acceptably complete for this inspection will be cause for the Contracting Officer to bill the Contractor for the Government's additional inspection cost in accordance with the contract clause titled "Inspection of Construction".

3.9   DOCUMENTATION

Maintain current records providing factual evidence that required quality control activities and/or tests have been performed.  Include in these records the work of subcontractors and suppliers on an acceptable form that includes, as a minimum, the following information:

a.  Contractor/subcontractor and their area of responsibility.

b.  Operating plant/equipment with hours worked, idle, or down for repair.

c.  Work performed each day, giving location, description, and by whom. When Network Analysis (NAS) is used, identify each phase of work performed each day by NAS activity number.

d.  Test and/or control activities performed with results and references to specifications/drawings requirements.  Identify the control phase (Preparatory, Initial, Follow-up).  List of deficiencies noted, along with corrective action.

e.  Quantity of materials received at the site with statement as to acceptability, storage, and reference to specifications/drawings requirements.

f.  Submittals and deliverables reviewed, with contract reference, by whom, and action taken.

g.  Offsite surveillance activities, including actions taken.

h.  Job safety evaluations stating what was checked, results, and instructions or corrective actions.

i.  Instructions given/received and conflicts in plans and/or specifications.

k.  Contractor's verification statement.

Indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered.  Cover both conforming and deficient features and include a statement that equipment and materials incorporated in the work and workmanship comply with the contract.  Furnish the original and one copy of these records in report form to the Government daily within 24 hours after the date covered by the report, except that reports need not be submitted for days on which no work is performed.  As a minimum, prepare and submit one report for every 7 days of no work and on the last day of a no work

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)            1744

period.  All calendar days must be accounted for throughout the life of the contract.  The first report following a day of no work will be for that day only.  Reports must be signed and dated by the CQC System Manager.  Include copies of test reports and copies of reports prepared by all subordinate quality control personnel within the CQC System Manager Report.

3.10    IMPLEMENTATION OF GOVERNMENT RESIDENT MANAGEMENT SYSTEM

Use the Government furnished CQC Daily Report Form.  This form may be in addition to other Contractor desired reporting forms.  However, all other such reporting forms are consolidated into this one Government furnished Daily CQC Report Form.  Complete Government-Furnished Input Forms which lists, but is not limited to, Prime Contractor staffing; letter codes; planned cumulative progress earnings; subcontractor information showing trade, name, address, and insurance expiration dates; definable features of work; pay activity and activity information; required Quality Control tests tied to individual activities; planned User Schooling tied to specific specification paragraphs and Contractor activities; and submittal information relating to specification section, description, activity number, review period and expected procurement period.  The sum of all activity values shall equal the contract amount, and all Bid Items separately identified, in accordance with the PRICING SCHEDULE.  Complete these forms to the satisfaction of the Contracting Officer prior to any contract payment (except for Bonds, Insurance and/or Mobilization, as approved by the Contracting Officer) and updated as required.

a.  During the course of the contract, the Contractor will receive various Quality Assurance comments from the Government that will reflect corrections needed to Contractor activities or reflect outstanding or future items needing the attention of the Contractor.  Acknowledge receipt of these comments by specific number reference on the Daily CQC Report and also reflect on the Daily CQC report when these items are specifically completed or corrected.

b.  The schedule system shall include, as specific and separate activities, all Preparatory Phase Meetings (inspections); all O&M Manuals; and all Test Plans of Electrical and Mechanical Equipment or Systems that require validation testing or instructions to Government Representatives.

3.11    SAMPLE FORMS

Sample forms enclosed at the end of this section.

1.  Test Report Form
2.  Daily Contractor Quality Control Form
3.  Preparatory Inspection Report Form
4.  CESPK FORM 437 - Materials Test Summary.  One set of this form (6 pages), is included in the bid package issued by the Sacramento District Office.  This form will be used to summarize the minimum number of materials testing to be made during construction.  Submit three copies of the form to the Contracting Officer during the preconstruction meeting.  To complete the form, the use of the Construction Control Manual is mandatory.

3.12    NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the foregoing requirements.  Take immediate corrective

FY11 Barracks Complex Phase 1 (General Admin Bldg & Dining Fac)          1744

action after receipt of such notice.  Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification.  If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken.  No part of the time lost due to such stop orders will be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

3.13    CONSTRUCTION CONTROL MANUAL

In addition to the requirements specified in the various Technical Specifications hereinafter, test procedures and minimum number of tests will be performed in accordance with CESPK PAM 415-1-2.  Neither the specified minimum number of tests nor the lack of them shall in any way limit or relieve the Contractor of his responsibility to perform adequate tests to assure compliance with the quality requirements of these specifications.  The referenced standards listed in this Construction Control Manual shall be of the latest issue unless otherwise specified.

        -- End of Section --