Sean D. Schwerdtfeger, Esq. (SBN 179521)
Catherine L. Coughlin, Esq. (SBN 295812)
Sara K. Richards, Esq. (SBN 317603)
SCHWERDTFEGER LAW GROUP
501 West Broadway, Suite 2040
San Diego, CA  92101
Telephone: (619) 595-3403
Facsimile: (619) 595-3404

Attorneys for Cross-Defendant and Counter-Claimant CTE CAL, INC.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use and Benefit of:<br><br>McCULLOUGH PLUMBING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HALBERT CONSTRUCTION COMPANY, INC. a California corporation; WESTERN SURETY COMPANY, a South Dakota corporation; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | **CASE NO. 3:17-CV-00803-CAB-WVG**<br><br>**CTE CAL, INC.'S NOTICE OF FRCP RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Assigned to:<br>Hon. Cathy Ann Bencivengo,<br>    Courtroom 4-C<br>Hon. William V. Gallo, Second Floor<br><br>Complaint filed: April 20, 2017<br>Trial date: July 8, 2019 |

///

**CTE CAL, INC.'S NOTICE OF FRCP RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 17, 2019, in Courtroom 4C of the above-entitled court, located at 221 West Broadway, San Diego, California 92101, Cross-Defendant and Counter-Claimant CTE CAL, INC. ("CTE") hereby moves pursuant to Federal Rule of Civil Procedure 50 subdivision (a) for judgment as a matter of law as to: (i) CTE's counter-claim against Halbert Construction Company, Inc.'s ("Halbert") for non-payment in the amount of $140,617.00, plus prejudgment interest at a rate of ten percent per annum pursuant to California Civil Code section 3287; and (ii) Halbert cross-claim against CTE for allegedly failing to properly inspect and document the plumbing work during the construction of a dining facility ("DFAC") and administration building ("ADMIN") at the United States Army Garrison, Presidio of Monterey, in breach of the subcontract between CTE and Halbert ("Subcontract"). CTE is entitled to judgment as a matter of law as to both claims because a reasonable jury would not have a legally sufficient evidentiary basis to find for Halbert on either its crossclaim breach of contract claim or on CTE's counterclaim for breach of contract.

Dated: July 17, 2019                             Respectfully Submitted,

                                    By:    __/s/ *Catherine Coughlin*_____
                                           Sean D. Schwerdtfeger, Esq.
                                           Catherine Coughlin, Esq.
                                           Sara K. Richards, Esq.
                                           Attorneys for Cross-Defendant and
                                           Counter-Claimant CTE Cal, Inc.

**CTE CAL, INC.'S NOTICE OF FRCP RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW**