Sean D. Schwerdtfeger, Esq. (SBN 179521)
Catherine L. Coughlin, Esq. (SBN 295812)
Sara K. Richards, Esq. (SBN 317603)
SCHWERDTFEGER LAW GROUP, APC
501 West Broadway, Suite 2040
San Diego, CA  92101
Telephone: (619) 595-3403
Facsimile: (619) 595-3404

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

CASE NAME:      *United States of America for the Use and Benefit of*
*McCullough Plumbing, Inc. v. Halbert Construction Company, et al.*
CASE NO:          3:17-cv-00803-CAB-WVG
District Judge:      Hon. Cathy Ann Bencivengo      Ctrm: 4C, Suite 4165
U.S. Magistrate Judge:    Hon. William V. Gallo      Ctrm: Suite 2125, 2nd Fl.

I, the undersigned, declare that I am over the age of 18 and not a party to this action. My business address is located at 501 W Broadway, Suite 2040, San Diego, CA 92101.

I declare that on July 17, 2019, I served the following document(s)

**-NOTICE OF CTE CAL, INC.'S FRCP RULE 50 MOTION FOR**

**JUDGMENT AS A MATTER OF LAW;**

**-MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**

**FRCP RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW;**

via electronic mail to the addresses listed herein:

///

///

| | |
|---|---|
| Kevin T. Cauley<br>SCHWARZT SEMERDJIAN CAULEY<br>& MOOT, LLP<br>101 West Broadway, Suite 810<br>San Diego, CA 92101<br>Tel:   (619) 236-8827<br>Fax:  (619) 236-8827<br>Email: Kevin@sscmlegal.com<br>kristenb@sscmlegal.com<br>***Attorneys for Plaintiff/Counter***<br>***Defendant  UNITED STATES OF***<br>***AMERICA for the Use and Benefit of***<br>***McCULLOUGH PLUMBING, INC.,***<br>***and Third Party Defendant THE***<br>***GUARANTEE COMPANY OF***<br>***NORTH AMERICA USA*** | Jason R. Thornton<br>MARKS FINCH THORNTON &<br>BAIRD, LLP<br>4747 Executive Drive, Suite 700<br>San Diego, CA 92121-3107<br>Tel:   (858) 737-3101<br>Fax:  (858) 737-3101<br>Email: jthornton@ftblaw.com<br>pmcmanus@ftblaw.com<br>jdawson@ftblaw.com<br>***Attorneys for Defendant/Counter***<br>***Claimant/Third Party Defendant***<br>***HALBERT CONSTRUCTION***<br>***COMPANY, INC., and Defendant***<br>***WESTERN SURETY COMPANY*** |
| Charles A. Alfonzo<br>Richard J. Finn<br>BURNHAM BROWN<br>1901 Harrison Street, 14th Floor<br>Oakland, CA 94612<br>Tel: (510) 444-6800<br>Fax: (510) 835-6666<br>Email: rfinn@burnhambrown.com<br>calfonzo@burnhambrown.com<br>djones-wilson@burnhambrown.com<br>***Attorneys for Defendant/Counter***<br>***Claimant/Cross-Defendant HALBERT***<br>***CONSTRUCTION COMPANY, INC.*** | |

Dated: July 17, 2019

Respectfully Submitted,

By: *[signature]*

Shannon L. Roche

2

**CERTIFICATE OF SERVICE**