JASON R. THORNTON, SBN 185637
EMAIL: jthornton@ftblaw.com
**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendant, Counterclaimant, and Cross-Defendant
Halbert Construction Company, Inc. and
Defendant Western Surety Company

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefits of:<br><br>McCULLOUGH PLUMBING, INC., a California corporation<br><br>　　　　Plaintiff,<br><br>v.<br><br>HALBERT CONSTRUCTION COMPANY, INC., a California corporation; WESTERN SURETY COMPANY, a South Dakota corporation; and DOES 1-100, inclusive,<br><br>　　　　Defendants.<br>AND RELATED CROSS-ACTION. | CASE NO: 3:17-cv-00803-CAB-WVG<br><br>HALBERT CONSTRUCTION COMPANY, INC.'S NOTICE OF MOTION FOR JUDGMENT AS A MATTER OF LAW<br><br>Assigned to:<br>Hon. Cathy Ann Bencivengo, Courtroom 4C<br>Hon. William V. Gallo, Second Floor<br><br>Date:　　　July 8-18, 2019<br>Time:　　　8:45 a.m.<br>Courtroom: 4C<br><br>Complaint Filed:　April 20, 2017<br>Trial Date:　　　July 8, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that on July 18, 2019, in Courtroom 4C of the above-entitled court, located at 221 West Broadway, San Diego, California 92101, Halbert Construction Company, Inc. ("Halbert") hereby moves, pursuant to Federal Rule of Civil Procedure 50 subdivision (a), for judgment as a matter of law as to McCullough Plumbing, Inc.'s ("McCullough") delay claim against

/ / / / /

/ / / / /

Halbert in this action.  Halbert is entitled to judgment as a matter of law because a reasonable jury would not have a legally sufficient evidentiary basis to find for support for McCullough's delay claim against Halbert.

DATE:  July 17, 2019                    Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP


By:___/s/ Jason R. Thornton_____
      JASON R. THORNTON
Attorneys for Defendant, Counterclaimant, and Cross-Defendant Halbert Construction Company, Inc. and Defendant Western Surety Company
Email:     jthornton@ftblaw.com

2146.006/3F80778.ceh

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

2

3:17-cv-00803-CAB-WVG

1
<u>CERTIFICATE OF SERVICE</u>

2
The undersigned hereby certifies that this document has been filed

3
electronically on this 17th day of July 2019 and is available for viewing and

4
downloading to the ECF registered counsel of record:

5
<u>Via Electronic Service</u>:

6
Kevin T. Cauley, Esq.
Kristen M. Bush, Esq.

7
Alison K. Adelman, Esq.
Schwartz Semerdjian Cauley & Moot LLP

8
101 West Broadway, Suite 810
San Diego, California 92101

9
Telephone:   (619) 236-8821
Facsimile:   (619) 236-8827

10
Email(s):     kevin@sscmlegal.com
kristenb@sscmlegal.com

11
alisona@sscmlegal.com

ATTORNEYS FOR
PLAINTIFF AND COUNTER-
DEFENDANT
MCCULLOUGH PLUMBING,
INC.

12
Charles A Alfonzo Esq.
Gregory D. Brown, Esq.

13
Richard J. Finn, Esq.
Burnham Brown

14
1901 Harrison Street, 14th Floor
Oakland, California 94612

15
Telephone:   (510) 835-6825
Facsimile:   (510) 835-6666

16
Email:       calfonzo@burnhambrown.com
gbrown@burnhambrown.com

17
rfinn@burnhambrown.com

ATTORNEYS FOR
DEFENDANT,
COUNTERCLAIMANT AND
CROSS-DEFENDANT
HALBERT CONSTRUCTION
COMPANY, INC.

18
/ / / / /

19
/ / / / /

20
/ / / / /

21
/ / / / /

22
/ / / / /

23
/ / / / /

24
/ / / / /

25
/ / / / /

26
/ / / / /

27
/ / / / /

28
/ / / / /

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

3

| | | |
|---|---|---|
| 1 | Sean D. Schwerdtfeger, Esq. | ATTORNEYS FOR CROSS- |
| 2 | Schwerdtfeger Law Group<br>501 West Broadway, Suite 1700 | CLAIMANT AND CROSS-<br>DEFENDANT CTE CAL, INC. |
| 3 | San Diego, California 92101<br>Telephone:   (619) 595-3403 | |
| 4 | Facsimile:    (619) 595-3404<br>Email:         sds@sdsattorneys.com | |
| 5 |                     slr@sdsattorneys.com<br>                     clc@sdsattorneys.com | |

6

7   DATE:  July 17, 2019                    Respectfully submitted,

8                                            FINCH, THORNTON & BAIRD, LLP

9

10                                           By:___/s/ Jason R. Thornton_____
                                                 JASON R. THORNTON

11                                           Attorneys for Defendant, Counterclaimant,
                                             and Cross-Defendant Halbert Construction

12                                           Company, Inc. and Defendant Western
                                             Surety Company

13                                           Email:         jthornton@ftblaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

4