FILED

JUL 1 9 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA for the use and benefit of: | Case No.: 17-CV-803-CAB-WVG |
|---|---|
| McCULLOUGH PLUMBING, INC., | **VERDICT FORM** |
| Plaintiff, | |
| v. | |
| HALBERT CONSTRUCTION COMPANY, INC. et al., | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS | |

We, the jury in the above-entitled action, make the following Verdict on the questions submitted to us:

**McCullough Plumbing's Claims against Halbert Construction**

1. Did McCullough Plumbing prove its claim of breach of the McCullough Plumbing Subcontract against Halbert Construction?

    __X__ Yes _____ No

2. If Yes, what damages, if any, do you find McCullough Plumbing proved it incurred as a result of the breach:

    $ __220,909.00__ for unpaid work and materials on the Subcontract and any approved Change Orders

    $ __47,814.70__ for Delay damages

3. Did McCullough Plumbing prove its claim it provided additional work and materials outside the Subcontract and any approved Change Orders that Halbert Construction authorized and received?

    __X__ Yes _____ No

4. If Yes, what damages, if any, do you find McCullough Plumbing proved it incurred as a result of authorized additional work it provided outside the Subcontract and approved Change Orders:

    $ __135,947.70__ for unpaid work and materials outside the Subcontract and approved Change Orders

**McCullough Plumbing's Claim against Western Surety**

*If you found that Halbert Construction breached the McCullough Subcontract,*

What amount, if any, do you find McCullough Plumbing is owed by Western Surety for the plumbing services and materials it provided on the Monterey Project?

$ __404,671.40__

**Halbert Construction's Claim against McCullough Plumbing**

1. Did Halbert Construction prove its claim of breach of the McCullough Plumbing Subcontract against McCullough Plumbing?

    __X__ Yes _____ No

2. If Yes, what damages, if any, do you find Halbert Construction proved it incurred as a result of the breach:

    $ __0__ for repair work
    $ __345,362.00__ for completion work
    $ __0__ for mark-up
    $ __0__ for Delay damages

**Halbert Construction's Claim against The Guarantee Company**

*If you found that McCullough Plumbing breached the McCullough Subcontract,*

1. Do you find Halbert Construction performed all of its obligations under the performance bond issued by the Guarantee Company?

    _____ Yes __X__ No

2. If Yes, what damages, if any, do you find the Guarantee Company is obligated to pay Halbert Construction for McCullough's default on the McCullough Plumbing Subcontract:

    $ __0__ for repair work
    $ __0__ for completion work
    $ __0__ for mark-up
    $ __0__ for Delay damages

<u>Please have your presiding juror sign and date the form and inform the Court that you have reached a verdict.</u>

Dated: 7/19/19                    _____[signature]_____
                                    Presiding Juror

3

17-CV-803-CAB-WVG