MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

McCullough Plumbing, Inc.  VS  Halbert Construction & CTE

Case Number: 17CV0803-CAB-WVG  EXHIBIT LIST  Jury Trial

☐ Plaintiff   ☐ Defendant   ☒ Joint

| No. | Date I.D. | Date Rec'vd | Description |
|-----|-----------|-------------|-------------|
| 0004 | 7/9/19 | 7/9/19 | Letter from Robert McCullough to Kenny Steidl and Patrick English, dated December 14, 2015 |
| 0005 | 7/9/19 | 7/9/19 | Email dated February 25, 2016, from Tina Carreira to Kenny Steidl and Patrick English re: Additional Repairs to Underground |
| 0006 | 7/9/19 | 7/9/19 | Contractor Production Report |
| 0007 | 7/9/19 | 7/9/19 | McCullough Plumbing, Inc. Breakdown document dated March 2, 2016, T & M Work |
| | | | |
| 0009 | 7/9/19 | 7/9/19 | Time and Material (T & M) Daily dated March 29, 2016, from McCullough to Halbert |
| 0014 | 7/11/19 | 7/11/19 | Set of Plumbing Plans |
| | | | |
| 0020 | 7/8/19 | 7/8/19 | Subcontractor Agreement between Halbert Construction Co., Inc. and McCullough Plumbing, Inc., January 27, 2014 |
| 0021 | 7/9/19 | 7/9/19 | The Guarantee Subcontract Performance Bond, MPI011242-MPI011250 |
| 0022 | 7/9/19 | 7/9/19 | Letter dated May 5, 2016, from Jennier Wheelis of Dept of the Army to Halbert Construction Company, Inc., Subject: Request for Proposal |
| | | | |
| 0024 | 7/8/19 | 7/8/19 | Email chain dated December 14, 2015, from Tina Carreira to Kenny Steidl - Subject: T&M Tickets |
| 0025 | 7/9/19 | 7/9/19 | Time and Material Daily dated December 22, 2015 |
| | | | |
| 0028 | 7/8/19 | 7/8/19 | Email chain dated August 13, 2015 from Robert McCullough to James Brownfield, et al. - Subject: Presidio of Monterey Dining Facility Food Service Drawings |
| | | | |
| 0030 | 7/11/19 | 7/11/19 | Food Service Drawings |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

McCullough Plumbing, Inc.  VS  Halbert Construction & CTE

Case Number: 17CV0803-CAB-WVG    EXHIBIT LIST    Jury Trial

☐ Plaintiff  ☐ Defendant  ☒ Joint

| 0034 | 7/8/19 | 7/8/19 | McCullough Plumbing Request for Change Order, MPI004806 |
|------|--------|--------|---------|
|  |  |  |  |
| 0037 | 7/9/19 | 7/9/19 | McCullough Plumbing Payroll Report for week ending 10/8/2016 |
|  |  |  |  |
| 0039 | 7/8/19 | 7/8/19 | Audit Spreadsheet Contract Balance |
| 0040 | 7/8/19 | 7/8/19 | Calculations of Delay Time, MPI029863 |
| 0041 | 7/10/19 | 7/10/19 | Letter dated August 31, 2018, on McCullough letterhead to Mike Halbert; Subject : Daily Rates for General Conditions |
|  |  |  |  |
| 0043 | 7/9/19 | 7/9/19 | Email chain dated November 16, 2016 from Daniel Crnkovic to Tina Carreira; Subject: Plumbing Punch |
|  |  |  |  |
| 0045 | 7/11/19 | 7/11/19 | Email Chain date October 28, 2015 to T. Carreira and R. Kelly from James Brownfield; Subject: Admin Bldg – Shop Drawings |
|  |  |  |  |
|  |  |  |  |
| 0051 | 7/9/19 | 7/9/19 | Halbert Construction Co., Inc, Subcontractor Billing Recap Sheet, Application No. 22 |
|  |  |  |  |
| 0056 | 7/9/19 | 7/9/19 | Handwritten Document, MPI011659 |
|  |  |  |  |
| 0058 | 7/9/19 | 7/9/19 | Contractor Production Report, dated 12/8/15 |
| 0059 | 7/9/19 | 7/9/19 | Contractor Production Report, dated 11/16/15 |
| 0060 | 7/9/19 | 7/9/19 | Contractor Production Report, dated 11/30/15 |
| 0061 | 7/9/19 | 7/9/19 | Contractor Production Report, dated 12/2/15 |
|  |  |  |  |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| McCullough Plumbing, Inc. | VS | Halbert Construction & CTE |
|---|---|---|
| Case Number:  17CV0803-CAB-WVG | EXHIBIT LIST | Jury Trial |

☐    Plaintiff        ☐    Defendant        ☒    Joint

| 0072 | 7/9/19 | 7/9/19 | McCullough Plumbing Subcontractor Daily Report, dated October 21, 2015 |
|---|---|---|---|
| 0073 | 7/9/19 | 7/9/19 | Contractor Production Report, dated October 27 |
| | | | |
| 0076 | 7/9/19 | | Quality Assurance Report dated March 9, 2016 |
| | | | |
| | | | |
| 0122 | 7/11/19 | 7/11/19 | Letter dated 12/14/15 from McCullough Plumbing, Inc. (MPI) to Halbert Construction Co. |
| 0126 | 7/11/19 | 7/11/19 | CTE Inspection Report dated 12/15/16 |
| 0128 | 7/9/19 | 7/9/19 | Letter dated 1/24/17 from McCullough Plumbing, Inc. (MPI) to Halbert Construction Co. |
| 0129 | 7/9/19 | 7/9/19 | Email dated 1/26/17 from MPI to Halbert |
| | | | |
| | | | |
| 0136 | 7/9/19 | 7/9/19 | Halbert Change Order No. 6 |
| | | | |
| 0148 | 7/15/19 | 7/15/19 | Halbert Subcontractor Billing Recap Sheet |
| 0150 | 7/15/19 | | Amendment of Solicitation/Modification of Contract re Amendment No. A00033 |
| 0150-0001 thru 0007 | 7/16/19 | 7/16/19 | Amendment of Solicitation/Modification of Contract re Amendment No. A00033, Pages 1 - 7 |
| | | | |
| 0165 | 7/10/19 | 7/10/19 | Photo Documentation of Visual Observations on 2/28/17 at Guarantee – McCullough Plumbing by Benchmark Consulting Services, LLC |
| | | | |
| 0180 | 7/10/19 | 7/10/19 | FY11 Barracks Complex Phase I Project Specifications Division 01 – General Requirements, Quality Control |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

McCullough Plumbing, Inc.  VS  Halbert Construction & CTE

Case Number: 17CV0803-CAB-WVG    EXHIBIT LIST    Jury Trial

☐  Plaintiff    ☐  Defendant    ☒  Joint

| | | | |
|---|---|---|---|
| 0211 | 7/15/19 | 7/15/19 | CTE Cal, Inc. Inspection Reports, (234 pages) |
| 0212 | 7/15/19 | 7/15/19 | Email chain from Matt Livingston dated 11/16/16 |
| | | | |
| 0214 | 7/15/19 | 7/15/19 | CTE Cal, Inc. Inspection Report, dated 8/27/15 |
| | | | |
| 0243 | 7/15/19 | 7/15/19 | Time & Material Proposal from Certified Air Conditioning, Inc., dated 12/28/16 |
| | | | |
| | | | |
| 0251 | 7/16/19 | 7/16/19 | Letter dated 1/30/17 from Department of the Army to Halbert Construction Co., Inc. |
| | | | |
| 0253 | 7/15/19 | | Contractor Performance Assessment Report of Halbert Construction, Co., Inc. |
| | | | |
| 0255-0005 thru 0006 | 7/16/19 | 7/16/19 | *REDACTED* – Expert Report of William Ivey, dated 2/8/19, Pages 5 and 6 |
| | | | |
| 0255-0018 thru 0024 | 7/16/19 | 7/16/19 | Curriculum Vitae of William R. Ivey, P.E., dated 8/1/18, Pages 18 thru 24 |
| | | | |
| 0255-0031 | 7/15/19 | 7/15/19 | CTE Cal, Inc. Inspection Report, dated 12/15/16 |
| 0255-0032 | 7/15/19 | 7/15/19 | Email dated 12/22/16 from Matt Livingston to Daniel Crnkovic and Ron Kelly; Subject: Plumbing Punch |
| 0255-0033 thru 0035 | 7/15/19 | 7/15/19 | CTE Cal, Inc. Inspection Report dated 12/29/16 |
| 0255-0038 thru 0042 | 7/15/19 | 7/15/19 | CTE Cal, Inc Inspection Report dated 1/6/17 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| McCullough Plumbing, Inc. | VS | Halbert Construction & CTE |
|---|---|---|
| Case Number: 17CV0803-CAB-WVG | EXHIBIT LIST | Jury Trial |

☐   Plaintiff      ☐   Defendant      ☒   Joint

| 0255-0044 thru 0048 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 1/11/17 |
|---|---|---|---|
| 0255-0057 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 1/19/17 |
| 0255-0070 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 1/31/17 |
| 0255-0072 thru 0074 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 2/2/17 |
| 0255-0094 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 2/27/17 |
| 0255-0096 thru 0097 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 2/27/17 |
| 0255-0099 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 2/27/17 |
| 0255-0108 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 2/15/17 |
| 0255-0112 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 3/7/17 |
| 0255-0113 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 3/7/17 |
| 0255-0117 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 3/15/17 |
| 0255-0118 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 3/15/17 |
| 0255-0119 | 7/16/19 | 7/16/19 | CTE Cal, Inc. Inspection Report dated 3/15/17 |
| 0255-0195 thru 0205 | 7/16/19 | 7/16/19 | Halbert Construction Summary of Certified Daily Repairs, Pages 1 thru 11 |
|  |  |  |  |
| 0259 | 7/16/19 | 7/16/19 | Halbert Defect Matrix, dated 1/23/19 |
| 0261 | 7/16/19 | 7/16/19 | Halbert Plan and Specifications Review, dated 2/4/19 |
| 0262 | 7/16/19 | 7/16/19 | Halbert Construction Submittal Review, dated 2/20/19 |
|  |  |  |  |
| 0275 | 7/17/19 | 7/17/19 | Table: Reconciliation of CTE Invoices vs. Livingston Timesheets, prepared by Michelle Mangan |
|  |  |  |  |
| 0284-0009 | 7/16/19 | 7/16/19 | *DEMONSTRATIVE* 11/1/16 Schedule Update vs. 2/1/17 Schedule Update |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

McCullough Plumbing, Inc.     VS     Halbert Construction & CTE

Case Number: 17CV0803-CAB-WVG     EXHIBIT LIST     Jury Trial

☐   Plaintiff    ☐   Defendant    ☒   Joint

| | | | |
|---|---|---|---|
| 0291 | 7/10/19 | 7/10/19 | Halbert Construction Co., Periodic Schedule Update Narrative Report, dated 2/7/17 |
| | | | |
| 0300 | 7/16/19 | 7/16/19 | Halbert Construction Co., Periodic Schedule Update to USACE, dated 1/9/17 |
| | | | |
| 0361 | 7/10/19 | 7/10/19 | John Omahen - Binder Index |
| 0362 | 710/19 | | Expert Report of John Omahen, dated 2/8/19 |
| 0363 | 7/10/19 | 7/10/19 | Curriculum Vitae of John Omahen |
| | | | |
| 0365-0013 to 0016 | 7/10/19 | 7/10/19 | Curriculum Vitae of Ted Bumgardner, Pages 13 thru 16 |
| | | | |
| 0369 | 7/9/19 | | Ballard Drawing |
| 0400-0005 thru 0006 | 7/16/19 | 7/16/19 | U.S. Army Corp. of Engineers Plumbing Plans (DFAC), Pages 5 – 6 |
| 0401-0003 | 7/16/19 | 7/16/19 | DFAC Admin. Bldg. Plumbing Plans, Page 3 |
| | | | |
| 0402-0001 | 7/16/19 | 7/16/19 | Food Service Equipment Drawings, Page 1 |
| 0402-0004 | 7/9/19 | 7/9/19 | Food Service Equipment Drawings, Page 4 |
| 0403-0011 | 7/8/19 | 7/8/19 | DFAC Architectural Drawings, Pg. 11 |
| 0403-0014 | 7/9/19 | 7/9/19 | DFAC Architectural Drawings, Pg. 14 |
| | | | |
| 0407 | 7/11/19 | 7/11/19 | Prime Contract from USACE to Halbert |
| 0410 | 7/11/19 | 7/11/19 | CTE Cost Proposal, dated 11/11/13 |
| 0411 | 7/11/19 | 7/11/19 | Letter of Intent to CTE, dated 11/26/13 |
| 0414 | 7/15/19 | 7/15/19 | Change Order No. 1- Monterey Dining |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| McCullough Plumbing, Inc. | VS | Halbert Construction & CTE |
|---|---|---|
| Case Number: 17CV0803-CAB-WVG | EXHIBIT LIST | Jury Trial |

☐ Plaintiff    ☐ Defendant    ☒ Joint

| | | | |
|---|---|---|---|
| 0415 | 7/15/19 | 7/15/19 | Change Order No. 2 – Monterey Dining – MPI (Bond Costs) |
| 0416 | 7/15/19 | 7/15/19 | Change Order No. 3 – Deduct for Cistern System (CO #1) |
| 0417 | 7/15/19 | 7/15/19 | Change Order No. 4 – Waterline Safe Off |
| 0418 | 7/15/19 | 7/15/19 | Change Order No. 5 – Grey Water Changes per RFP 012 |
| 0419 | 7/11/19 | 7/11/19 | Change Order No. 6 – Time & Material for Damage Pipe Repair by WCI |
| 0420 | 7/9/19 | 7/9/19 | Change Order No. 7 – DFAC Plumbing Changes per RFP 35 |
| | | | |
| 0424 | 7/8/19 | 7/8/19 | Authorization to Disburse signed by Robert McCullough |
| | | | |
| 0454-0002 | 7/17/19 | 7/17/19 | McCullough Progress Billing #16-21, Page 2 |
| | | | |
| 0475 | 7/11/19 | 7/11/19 | Email regarding Shop Drawings, dated 6/4/14 |
| | | | |
| 0500 | 7/11/19 | 7/11/19 | Email regarding Below Slab Submittals, dated 7/10/14 |
| | | | |
| 0509 | 7/16/19 | 7/16/19 | Email regarding Kitchen Rough In Drawings, dated 7/16/14 |
| | | | |
| 0555 | 7/11/19 | 7/11/19 | Email regarding Food Service Coordination Drawings, dated 8/11/15 |
| | | | |
| 0559 | 7/11/19 | 7/11/19 | Email regarding Food Service Coordination, dated 8/25/15 |
| 0560 | 7/11/19 | 7/11/19 | Email regarding Food Service Coordination Meeting, dated 8/26/15 |
| | | | |
| 0569 | 7/10/19 | 7/10/19 | Emails regarding MPI Access Issues, dated 10/2/15 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

McCullough Plumbing, Inc.                     VS                Halbert Construction & CTE

| Case Number: | 17CV0803-CAB-WVG | EXHIBIT LIST | Jury Trial |

☐    Plaintiff    ☐    Defendant    ☒    Joint

| 0574 | 7/10/19 | 7/10/19 | Email regarding MPI Submittal Delays, dated 10/19/15 |
|------|---------|---------|---------------------------------------------------|
| 0575-0001 | 7/11/19 | 7/11/19 | Email regarding Submittal Problems – 24 Hour Notice, Dated 10/22/15 |
|  |  |  |  |
| 0577 | 7/9/19 | 7/9/19 | Email regarding WCI Damage, dated 10/27/15 |
|  |  |  |  |
| 0598 | 7/10/19 | 7/10/19 | Email regarding MPI Manpower Problems, dated 10/4/16 |
| 0599-0003 | 7/16/19 | 7/16/19 | Emailed dated 10/10/16 from P. English to T. Carreira and R. McCullough re POM 7 Form – Badging Needed, Page 3 |
|  |  |  |  |
| 0603 | 7/10/19 | 7/10/19 | Email regarding MPI Labor Issues and Delays, dated 11/2/16 |
| 0604 | 7/15/19 | 7/15/19 | Email regarding 24 Hour Notice, dated 11/2/16 |
| 0607 | 7/15/19 | 7/15/19 | Email regarding MPI Manpower Issues, dated 11/10/16 |
| 0609 | 7/15/19 | 7/15/19 | Email regarding MPI Manpower Issues, dated 11/15/16 |
| 0615 | 7/11/19 | 7/11/19 | Email regarding Plumbing Punchlist and Recovery Schedule, dated 11/16/16 |
| 0616 | 7/15/19 | 7/15/19 | Letter regarding MPI Billing Issues and Delays, dated 11/17/16 |
| 0618 | 7/11/19 | 7/11/19 | Email regarding MPI Manpower, dated 11/23/16 |
| 0621 | 7/11/19 | 7/11/19 | Email from Halbert regarding Final Gas Meter, dated 12/9/16 |
| 0623 | 7/15/19 | 7/15/19 | Email regarding Deficiency List, dated 12/15/16 |
| 0624 | 7/15/19 | 7/15/19 | Email requesting MPI Staffing, dated 12/22/16 |
| 0625 | 7/11/19 | 7/11/19 | Email regarding MPI Lack of Progress, dated 12/27/16 |
| 0626 | 7/15/19 | 7/15/19 | Email regarding Certified Air Conditioning, Inc. Supplement, dated 12/28/16 |
|  |  |  |  |
| 0629 | 7/9/19 | 7/9/19 | Emails regarding Plumbing Deficiencies, dated 12/30/16 |
|  |  |  |  |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

McCullough Plumbing, Inc.    VS    Halbert Construction & CTE

Case Number:   17CV0803-CAB-WVG    EXHIBIT LIST    Jury Trial

☐   Plaintiff    ☐   Defendant    ☒   Joint

| | | | |
|---|---|---|---|
| 0632 | 7/11/19 | 7/11/19 | Email regarding Admin Bldg Plumbing Issues, dated 1/10/17 |
| | | | |
| 0636 | 7/15/19 | 7/15/19 | Email regarding McCullough Billing for Deficient and Delayed Work, dated 1/13/17 |
| | | | |
| 0639 | 7/11/19 | 7/11/19 | Email regarding Missing Cleanouts, Defective Water Lines and Supplemented Labor, dated 1/18/17 |
| 0640 | 7/11/19 | 7/11/19 | |
| | | | |
| 0646 | 7/11/19 | 7/11/19 | Email regarding MPI Packing Up, dated 1/26/17 |
| 0647 | 7/15/19 | 7/15/19 | Halbert Notice regarding Pay Request, dated 1/26/17 |
| | | | |
| 0650 | 7/10/19 | 7/10/19 | Letter from Halbert Const. Co. to The Guarantee Co. (TGC) regarding McCullough Notice of Default, dated 1/30/17 |
| | | | |
| 0654 | 7/10/19 | 7/10/19 | Rejection Letter from The Guarantee Co. (TGC), dated 1/31/17 |
| | | | |
| 0659 | 7/10/19 | 7/10/19 | Letter from Halbert Const. Co. to The Guarantee Co. (TGC), dated 2/2/17 |
| | | | |
| 0663 | 7/10/19 | 7/10/19 | Letter from The Guarantee Co., N.A. to Halbert Const. Co. regarding Request for Documents, dated 2/20/17 |
| 0664 | 7/10/19 | 7/10/19 | Halbert Termination Letter to McCullough, dated 3/2/17 |
| | | | |
| 0668-0004 | 7/11/19 | 7/11/19 | Photo of Defects in Room 131, page 4 |
| 0668-0005 | 7/11/19 | 7/11/19 | Photo of Defects in Room 131, page 5 |
| | | | |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| McCullough Plumbing, Inc. | VS | Halbert Construction & CTE |
|---|---|---|
| Case Number: 17CV0803-CAB-WVG | EXHIBIT LIST | Jury Trial |

☐   Plaintiff      ☐   Defendant      ☒   Joint

| 0670-0003 | 7/11/19 | 7/11/19 | Photo of Floor Trough Installed in Wrong Location and Missing P-10, page 3 |
|---|---|---|---|
| 0671-0010 | 7/11/19 | 7/11/19 | Photo of Floor Sink at Wrong Elevation, Broken Pipe, Missing Vent, etc., Page 10 |
| 0672-0007 | 7/11/19 | 7/11/19 | Photo of Missing Cleanout and Improper Grade, page 7 |
| 0673-0002 | 7/11/19 | 7/11/19 | Photo of Floor Sink and Wrong Elevation and Missing Vent, page 2 |
|  |  |  |  |
| 0675-0003 | 7/11/19 | 7/11/19 | Photo of Floor Sink at Wrong Elevation and Missing Vent, Floor Sink Run to Waste line, page 3 |
|  |  |  |  |
| 0678-0003 | 7/11/19 | 7/11/19 | Photo of Missing Water Line and Vents, Trough Sinks at Wrong Elevation, etc., page 3 |
|  |  |  |  |
| 0681-0003 | 7/11/19 |  | Photo of Floor Sink at Wrong Elevation and Missing Vent and Trap, page 3 |
|  |  |  |  |
| 0686-0005 | 7/11/19 | 7/11/19 | Photo of Missing Vents, Bad Grade and Sinks and Trough at Wrong Elevation, page 5 |
|  |  |  |  |
| 0690-0002 | 7/11/19 | 7/11/19 | Photo of Trap Arms Off Centerline of Layout, page 2 |
| 0691-0002 | 7/11/19 | 7/11/19 | Photo of Floor Sink at Wrong Location and Elevation and Missing Trap and Cleanout, page 2 |
|  |  |  |  |
| 0706-0002 | 7/11/19 | 7/11/19 | Photo Depicting Missing Drain, page 2 |
|  |  |  |  |
| 0711-0003 | 7/11/19 | 7/11/19 | Photo Depicting Floor Sink in Wrong Location and Missing Deep Seal Trap, page 3 |
| 0712-0002 | 7/11/19 | 7/11/19 | Photo Depicting Drainage Fittings Used in Vents, page 2 |
| 0712-0003 | 7/11/19 | 7/11/19 | Photo Depicting Drainage Fittings Used in Vents, page 3 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

McCullough Plumbing, Inc.    VS    Halbert Construction & CTE

Case Number: 17CV0803-CAB-WVG    EXHIBIT LIST    Jury Trial

☐ Plaintiff    ☐ Defendant    ☒ Joint

| | | | |
|---|---|---|---|
| 0726 | 7/16/19 | 7/16/19 | McCullough Plumbing Repairs Photos, Defect 1 – Floor Sink Wrong Elevation, page 51 |
| | | | |
| 0731 | 7/16/19 | 7/16/19 | McCullough Plumbing Repairs Photos, Defect 2 – Floor Drain Not Installed, page 8 |
| | | | |
| 0734 | 7/16/19 | 7/16/19 | McCullough Plumbing Repairs Photos, Defect 3 – Floor Sinks Wrong Location, page 323 |
| | | | |
| 0748 | 7/16/19 | 7/16/19 | McCullough Plumbing Repairs Photos, Defect 6 – No Vent, page 583 |
| | | | |
| 0766 | 7/16/19 | 7/16/19 | McCullough Plumbing Repairs Photos, Defect 12 – Pipe Supports Outside of Wall, page 530 |
| | | | |
| 0770 | 7/16/19 | 7/16/19 | McCullough Plumbing Repairs Photos, Defect 12 – Pipe Supports Outside of Wall, page 585 |
| 0771 | 7/16/19 | 7/16/19 | McCullough Plumbing Repairs Photos, Defect 12 – Pipe Supports Outside of Wall, page 600 |
| | | | |
| 0908-0003 | 7/16/19 | 7/16/19 | Certified Air Conditioning Time and Material Invoice from 1/23/17 to 1/26/17 |
| | | | |
| 1080-0001 | 7/15/19 | 7/15/19 | Chart re Summary of Third Party Costs Incurred and Paid by Halbert to Complete or Repair MPI's Work, prepared by Michelle Mangan, page 1 |
| 1080-0002 | 7/15/19 | 7/15/19 | Chart re Summary of Third Party Costs Incurred and Paid by Halbert to Complete or Repair MPI's Work, prepared by Michelle Mangan, page 2 |
| | | | |
| 1122 | 7/9/19 | 7/9/19 | Video Inspection Report prepared by Mechanical Construction Inc., dated 12/23/15 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| McCullough Plumbing, Inc. | | VS | Halbert Construction & CTE | |
|---|---|---|---|---|
| Case Number: | 17CV0803-CAB-WVG | EXHIBIT LIST | Jury Trial | |

☐  Plaintiff    ☐  Defendant    ☒  Joint

| 1124 | 7/9/19 | 7/9/19 | McCullough Plumbing, Inc. Time and Material Daily, dated 12/22/15 |
|---|---|---|---|
| | | | |
| 1314 | 7/9/19 | 7/9/19 | Contractor Production Report, dated 7/7/2014 |
| | | | |
| 1392 | 7/10/19 | 7/10/19 | Contractor Production Report from 9/14/15 thru 9/17/15 |
| | | | |
| 1397 | 7/10/19 | 7/10/19 | Contractor Production Report from 10/19/15 thru 10/22/15 |
| | | | |
| 1404 | 7/16/19 | 7/16/19 | Contractor Production Report from 12/7/15 thru 12/10/15 |
| | | | |
| 1411 | 7/10/19 | 7/10/19 | Contractor Production Report from 1/25/16 thru 1/28/16 |
| | | | |
| 1449 | 7/10/19 | 7/10/19 | Contractor Production Report from 10/17/16 thru 10/20/16 |
| | | | |
| 1461 | 7/11/19 | 7/11/19 | Contractor Production Report from 1/8/17 thru 1/14/17 |
| 1462 | 7/11/19 | 7/11/19 | Contractor Production Report from 1/16/17 thru 1/21/17 |
| | | | |
| 1519 | 7/16/19 | 7/16/19 | USACE Contractor Performance Assessment dated 11/7/18 |
| | | | |
| 1642-0005 thru 0006 | 7/16/19 | | McCullough Plumbing, Inc. Submittal re Plumbing System Shop Drawings, pages 5 – 6 |
| 1643 | 7/16/19 | 7/16/19 | McCullough Plumbing, Inc. Submittal re Plumbing System |
| | | | |
| | | | |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

McCullough Plumbing, Inc.    VS    Halbert Construction & CTE

Case Number: 17CV0803-CAB-WVG    EXHIBIT LIST    Jury Trial

☐  Plaintiff    ☐  Defendant    ☒  Joint

| | | | |
|---|---|---|---|
| 1769-0011 | 7/17/19 | 7/17/19 | *REDACTED* Description re Total Net Monies due to Halbert from MPI, prepared by Michelle Mangan, page 11 |
| 1769-0013 | 7/17/19 | 7/17/19 | *DEMONSTRATIVE* List of MPI Billings and Related Payments, prepared by Michelle Mangan, page 13 |
| 1769-0031 | 7/17/19 | 7/17/19 | Curriculum Vitae of Michelle Mangan |
| 1769-0038 thru 0039 | 7/17/19 | 7/17/19 | Inventory of Documents Reviewed by Michelle Mangan, pages 38 - 39 |
| 1770-0006 thru 0014 | 7/16/19 | 7/16/19 | *REDACTED* Documents Relied Upon by Penny Kronberg and Curriculum Vitae, pages 6 thru 14 |
| | | | |
| 1805 | 7/16/19 | 7/16/19 | Photo of Cut Up Slab 4 |
| 1809-0030 | 7/11/19 | 7/11/19 | Weekly Progress Photos 10/29/15, page 30 |
| | | | |
| 1811 | 7/8/19 | | Weekly Progress Photos 11/12/2015 |
| 1811-0001 | 7/9/19 | 7/9/19 | Weekly Progress Photos 11/12/2015, page 1 |
| 1811-0002 | 7/9/19 | 7/9/19 | Weekly Progress Photos 11/12/2015, page 2 |
| 1811-0028 | 7/9/19 | 7/9/19 | Weekly Progress Photos 11/12/2015, page 28 |
| | | | |
| 1812 | 7/10/19 | 7/10/19 | Halbert Meeting Sign-In Log and Preparatory Phase and Initial Phase Meeting Docs and Notes, dated 8/4/15 |
| | | | |
| 2105 | 7/11/19 | 7/11/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of July 10, 2015 |
| | | | |
| 2110 | 7/8/19 | 7/8/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of September 8, 2015 |
| | | | |
| 2113 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of September 28, 2015 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

McCullough Plumbing, Inc.   VS   Halbert Construction & CTE

| Case Number: | 17CV0803-CAB-WVG | EXHIBIT LIST | Jury Trial |

☐  Plaintiff      ☐  Defendant      ☒  Joint

| 2114 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of October 5, 2015 |
|------|--------|--------|---|
| 2115 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of October 12, 2015 |
| 2116 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of October 19, 2015 |
| 2117 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of October 26, 2015 |
| 2118 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of November 2, 2015 |
| 2119 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of November 9, 2015 |
| 2120 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of November 16, 2015 |
| 2121 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of November 23, 2015 |
| 2122 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of November 30, 2015 |
| 2123 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of December 7, 2015 |
| 2124 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of December 14, 2015 |
| 2125 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of December 21, 2015 |
| 2126 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of December 28, 2015 |
|  |  |  |  |
| 2146 | 7/9/19 | 7/9/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of May 23, 2016 |
|  |  |  |  |
| 2174 | 7/8/19 | 7/8/19 | MPI (McCullough Plumbing Inc.) Daily Reports, Week of December 5, 2016 |
|  |  |  |  |
| 2227 | 7/8/19 | 7/8/19 | Photo of Damaged Lines, 10/27/2015 |
|  |  |  |  |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| McCullough Plumbing, Inc. | VS | Halbert Construction & CTE |
|---|---|---|
| Case Number: 17CV0803-CAB-WVG | EXHIBIT LIST | Jury Trial |

☐  Plaintiff ☐  Defendant ☒  Joint

| | | | |
|---|---|---|---|
| 2257 | 7/8/19 | 7/8/19 | Photo of Presidio Site Conditions – Dining Facility, 1/18/2016 |
| | | | |
| 2270 | 7/9/19 | 7/9/19 | Photo of Jobsite Conditions While Trying to Camera Broken Lines, 12/21/15 |
| 2271 | 7/9/19 | 7/9/19 | Photo of Jobsite Conditions While Trying to Camera Broken Lines, 12/21/15 |
| | | | |
| 2274 | 7/15/19 | 7/15/19 | Photo of Jobsite Conditions While Trying to Camera Broken Lines, 12/21/15 |
| | | | |
| 2277 | 7/9/19 | 7/9/19 | Photo of Jobsite Conditions While Trying to Camera Broken Lines, 12/21/15 |
| | | | |
| 2279 | 7/9/19 | 7/9/19 | Photo of Jobsite Conditions While Trying to Camera Broken Lines, 12/22/15 |
| | | | |
| 2297 | 7/10/19 | 7/10/19 | McCullough Plumbing, Inc. (MPI) Change Order Log prepared by T. Carreira |
| | | | |
| 2319 | 7/10/19 | 7/10/19 | Halbert Subcontractor Billing Recap Sheet, dated 12/31/16 |
| | | | |
| 2358 | 7/9/19 | 7/9/19 | Email from Raymond Gonzales to Tina Carreira, dated 6/1/16 |
| | | | |
| 2360 | 7/8/19 | 7/8/19 | Buy America Act Purchase Order, dated 12/6/16 |
| 2378-0089 | 7/15/19 | 7/15/19 | McCullough Plumbing, Inc. Request for Change Order, dated 4/4/16, page 89 |
| 2378-0090 | 7/15/19 | 7/15/19 | McCollough Plumbing, Inc. Breakdown Document re Time & Material Work, dated 4/4/16, page 90 |
| 2378-0091 | 7/9/19 | 7/9/19 | Time and Material Daily Sheet, dated April 4, 2016 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| McCullough Plumbing, Inc. | VS | Halbert Construction & CTE |
|---|---|---|
| Case Number: 17CV0803-CAB-WVG | EXHIBIT LIST | Jury Trial |

☐   Plaintiff      ☐   Defendant      ☒   Joint

| 2378-0094 | 7/8/19 | 7/8/19 | Email from Jayleen Miller to Kenny Steidl, date 9/30/2016, Subject: Cost Proposal Price Analysis/Proposed Settlement re Change Order Request (COR) #18 |
|---|---|---|---|
| | | | |
| 2420-0018 | 7/10/19 | | Xpera Group Preliminary Report – Log for 07 Case Documents, page 18 |
| | | | |
| 2426 | 7/16/19 | | Critical Path Plot of Denny Lee |
| | | | |
| 2428 | 7/16/19 | | Earned Value Plot of Denny Lee |
| | | | |
| 2496 | 7/15/19 | 7/15/19 | CTE Inspection Reports, Week of 8/17/15 |
| | | | |
| 2500 | 7/10/19 | 7/10/19 | CTE Inspection Reports, Week of 9/14/16 |
| | | | |
| 2550 | 7/10/19 | 7/10/19 | CTE Inspection Reports, Week of 10/17/16 |
| 2551-0001 | 7/16/19 | 7/16/19 | CTE Inspection Reports, Week of 10/24/16, page 1 |
| 2552-0001 thru 0003 | 7/17/19 | 7/17/19 | CTE Inspection Reports, Week of 10/31/16, pages 1 – 3 |
| | | | |
| 2676-0013 thru 0015 | 7/17/19 | 7/17/19 | Contractors Quality Control Reports – Daily Log Construction, 10/29/15, pages 13 – 15 |
| 2689 | 7/10/19 | 7/10/19 | Contractors Quality Control Reports – Daily Log Construction, Week of 1/25/16 |
| | | | |
| 2879 | 7/10/19 | 7/10/19 | Periodic Schedule Update Narrative Report and Construction Schedule, dated 12/1/16 |
| | | | |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

McCullough Plumbing, Inc.     VS     Halbert Construction & CTE

Case Number:   17CV0803-CAB-WVG     EXHIBIT LIST     Jury Trial

☐   Plaintiff    ☐   Defendant    ☒   Joint

| | | | |
|---|---|---|---|
| 2881 | 7/10/19 | 7/10/19 | Periodic Schedule Update Narrative Report and Construction Schedule, dated 1/9/17 |
| | | | |
| 2883 | 7/10/19 | 7/10/19 | Periodic Schedule Update Narrative Report and Construction Schedule, dated 2/7/17 |
| 2884 | 7/10/19 | 7/10/19 | Periodic Schedule Update Narrative Report and Construction Schedule, dated 2/27/17 |
| 2885 | 7/10/19 | 7/10/19 | Periodic Schedule Update Narrative Report and Construction Schedule, dated 3/6/17 |
| | | | |
| 2887 | 7/16/19 | 7/16/19 | Periodic Schedule Update Narrative Report and Construction Schedule, dated 4/12/17 |
| | | | |
| 2889 | 7/10/19 | 7/10/19 | Periodic Schedule Update Narrative Report and Construction Schedule, dated 5/10/17 |
| 2890 | 7/10/19 | 7/10/19 | Periodic Schedule Update Narrative Report and Construction Schedule, dated 6/8/17 |
| | | | |
| 2905-0009 | 7/10/19 | 7/10/19 | Halbert Weekly Progress Photos 11/17/15, page 9 |
| 2905-0019 | 7/10/19 | 7/10/19 | Halbert Weekly Progress Photos 11/17/15, page 19 |
| 2905-0022 | 7/10/19 | 7/10/19 | Halbert Weekly Progress Photos 11/17/15, page 22 |
| | | | |
| 2914-0013 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 5/20/16, page 13 |
| | | | |
| 2920-0002 | 7/10/19 | 7/10/19 | Halbert Weekly Progress Photos 8/20/15, page 2 |
| 2920-0014 | 7/10/19 | 7/10/19 | Halbert Weekly Progress Photos 8/20/15, page 14 |
| | | | |
| 2924-0010 | 7/15/19 | 7/15/19 | Halbert Weekly Progress Photos 9/24/15, page 10 |
| | | | |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| McCullough Plumbing, Inc. | VS | Halbert Construction & CTE |
|---|---|---|
| Case Number: 17CV0803-CAB-WVG | EXHIBIT LIST | Jury Trial |

☐  Plaintiff      ☐  Defendant      ☒  Joint

| 2926-0002 | 7/15/19 | 7/15/19 | Halbert Weekly Progress Photos 10/1/15, page 2 |
|---|---|---|---|
| 2927-0004 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 10/22/15, page 4 |
| 2927-0007 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 10/22/15, page 7 |
| 2927-0030 | 7/10/19 | 7/10/19 | Halbert Weekly Progress Photos 10/22/15, page 30 |
| 2928-0006 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 10/29/15, page 6 |
| 2929-0004 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 11/5/15, page 4 |
|  |  |  |  |
| 2933-0006 | 7/10/19 | 7/10/19 | Halbert Weekly Progress Photos 11/25/15, page 6 |
| 2933-0012 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 11/25/15, page 12 |
| 2934-0019 | 7/16/19 | 7/16/19 | Halbert Weekly Progress Photos 12/11/15, page 19 |
| 2935-0007 | 7/11/19 | 7/11/19 | Halbert Weekly Progress Photos 12/18/15, page 7 |
| 2936-0007 | 7/15/19 | 7/15/19 | Halbert Weekly Progress Photos 12/25/15, page 7 |
| 2936-0011 | 7/11/19 | 7/11/19 | Halbert Weekly Progress Photos 12/25/15, page 11 |
| 2936-0014 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 12/25/15, page 14 |
|  |  |  |  |
| 2939-0003 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 1/4/16, page 3 |
|  |  |  |  |
| 2944-0012 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 1/20/16, page 12 |
|  |  |  |  |
| 2956-0017 | 7/15/19 | 7/15/19 | Halbert Weekly Progress Photos 3/7/16, page 17 |
|  |  |  |  |
| 2962-0001 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 4/6/16, page 1 |
|  |  |  |  |
| 2980-0013 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 6/13/16, page 13 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

McCullough Plumbing, Inc.          VS          Halbert Construction & CTE

Case Number: 17CV0803-CAB-WVG          EXHIBIT LIST          Jury Trial

☐  Plaintiff      ☐  Defendant      ☒  Joint

| 2983-0007 | 7/9/19 | 7/9/19 | Halbert Weekly Progress Photos 6/30/16, page 7 |
|---|---|---|---|
| | | | |
| 3028 | 7/11/19 | 7/11/19 | CTE Cal Invoices – Full Set |
| | | | |
| 3041 | 7/10/19 | 7/10/19 | Quality Control Plan dated 2/12/14 |
| 3042 | 7/10/19 | 7/10/19 | Quality Control Plan dated 9/14/16 |
| | | | |
| 3134-0003 | 7/17/19 | 7/17/19 | Deposition Exhibit 3006 - Marketing Description Sheet of Equipment used Onsite, page 3 |
| 3134-0009 thru 0010 | 7/17/19 | 7/17/19 | Deposition Exhibit 3006 – Marketing Description Sheet of Equipment used Onsite, pages 9 – 10 |
| | | | |
| 3141 | 7/16/19 | 7/16/19 | Curriculum Vitae of Denny Lee |
| 3142 | 7/16/19 | 7/16/19 | Appendix A - List of Documents Relied Upon by Denny Lee |
| 3143 | 7/16/19 | 7/16/19 | *DEMONSTRATIVE* Critical Path Diagram created by Denny Lee |
| 3144 | 7/17/19 | 7/17/19 | *DEMONSTRATIVE* Compass Drawing of Radial Wall by Rodney Ballard |
| | | | |
| 5000-0002 | 7/16/19 | 7/16/19 | *DEMONSTRATIVE* Project Chart |