# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of:<br><br>MCCULLOUGH PLUMBING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HALBERT CONSTRUCTION COMPANY, INC., et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS. | Case No. 3:17-cv-00803-CAB-WVG<br><br>**JUDGMENT IN A CIVIL ACTION** |

This action came on for trial before the Court and a jury, Honorable Cathy Ann Bencivengo, United States District Judge, presiding, and the issues have been duly tried and the jury has duly rendered its verdict.

It is Ordered and Adjudged in the case of *United States of America, for the Use and Benefit of: McCullough Plumbing, Inc. v. Halbert Construction Company, Inc., et al.*, that:

///

(1) Plaintiff/Counter-Defendant McCullough Plumbing, Inc. recover damages, jointly and severally, from Defendant/Counter-Claimant Halbert Construction Company, Inc. and Defendant Western Surety Company in the amount of $404,671.40 on its complaint;

(2) Defendant/Counter-Claimant Halbert Construction Company, Inc. recover damages from Plaintiff/Counter-Defendant McCullough Plumbing, Inc. in the amount of $345,362.00 on its counterclaim; and

(3) Defendant/Counter-Claimant Halbert Construction Company, Inc. recover zero dollars on its counterclaim against The Guarantee Company of North America USA.

**IT IS SO ORDERED.**

Dated: July 29, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge